**FILED**

AUG 2 1 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )   Criminal Case No. 08cr2807-H
                              )
                Plaintiff,    )   I N F O R M A T I O N
                              )
        v.                    )   Title 8, U.S.C., Sec. 1326(a) -
                              )   Deported Alien Found in the
LUIS GOMEZ-GOMEZ,             )   United States (Felony)
                              )
                Defendant.    )
_____)

        The United States Attorney charges:

        On or about July 25, 2008, within the Southern District of
California, defendant LUIS GOMEZ-GOMEZ, an alien, who previously had
been excluded, deported and removed from the United States to Mexico,
was found in the United States, without the Attorney General of the
United States or his designated successor, the Secretary of the
Department of Homeland Security (Title 6, United States Code, Sections
202(3) and (4), and 557), having expressly consented to the
defendant's reapplication for admission to the United States; in
violation of Title 8, United States Code, Section 1326(a).

        DATED: _Aug 21, 2008_.

                                KAREN P. HEWITT
                                United States Attorney

                                CHARLOTTE E. KAISER
                                Assistant U.S. Attorney

CEK:mg:San Diego
8/1/08