AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| LUIS GOMEZ-GOMEZ | CASE NUMBER: 08cr2807-H |

I, <u>LUIS GOMEZ-GOMEZ</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/21___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Luis Gomez Gomez
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer



FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         DEPUTY